ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 25 1999
NANCY DOHERTY, CLERK
BY ______
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DONALD DYER, §
Plaintiff, §
§
VS. § CIVIL ACTION NO. 3:98-CV-1793-R
§
BORLAND INTERNATIONAL, §
Defendant. §

ENTERED ON DOCKET
FEB 26 1999
U.S. DISTRICT CLERK'S OFFICE

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

On this day came on to be heard Plaintiff's Motion to Dismiss With Prejudice. The Court, noting that the matter has been settled, is of the opinion and so finds that said Motion is well taken and that it should be in all things granted. It is, therefore,

ORDERED that all of Plaintiff's claims now pending before this Court be, and the same are, hereby dismissed with prejudice, with costs taxed against the party incurring such costs. Each party shall bear its own attorneys' fees.

SIGNED this 25 day of FEB, 1999.

UNITED STATES DISTRICT JUDGE

AGREED

Steven H. Stodghill
Texas Bar No. 19261100
John T. Cox III
Texas Bar No. 24003722
LYNN STODGHILL MELSHEIMER & TILLOTSON, L.L.P.
750 North St. Paul Street, Suite 1400
Dallas, Texas 75201
(214) 981-3800 - Telephone
(214) 981-3839 - Telecopy

ATTORNEYS FOR PLAINTIFF



8

James D. Jordan
Texas Bar No. 11012380
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, TX 75202-2790
(214) 855-7500
(214) 855-7584

ATTORNEYS FOR DEFENDANT

I:\4422\1\DISMISS.WPD
1 jdj/cd 2/12/99